IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


KEVIN CONWAY                                                              PLAINTIFF

v.                                    Civil No. 6:14-CV-06081

MAIL ROOM SUPERVISOR SUE                                                DEFENDANTS
ALFORD, *et. al.*


## JUDGMENT


For the reasons stated in the Order filed this date, this case is **DISMISSED WITH PREJUDICE**.


IT IS SO ORDERED this 29th day of November 2017.


/s/ *Mark E. Ford*

_____

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

1